IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAIIA CONSTRUCTION, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NUMBER: 2:08-CV-01631-SLB |
| | ) |
| GREENWICH INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the undersigned hereby stipulate that this action shall be dismissed with prejudice, each party to bear its own costs, fees, and expenses.

Respectfully submitted this the 28TH day of September, 2009.

ATTORNEY FOR PLAINTIFF:

_____
David G. Hymer, Esq.
Edward J. Everitt, Esq.
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

ATTORNEY FOR DEFENDANT:

_[signature]_  9/25/09
_____
Katherine E. Tammaro, Esq.
Gregg H. Aronson, Esq.
Tressler, Soderstrom, Maloney & Priess, LLP
744 Broad Street, Suite 1510
Newark, New Jersey 07102-3812
Telephone: (973) 848-2900
Facsimile: (973) 623-0405
ktammaro@tsmp.com
garonson@tsmp.com

G. Thomas Yearout, Esq.
Yearout, Spina & Lavelle P.C.
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242
Telephone: (205) 298-1800
Facsimile: (205) 298-1802
tyearout@ysllaw.com

2